UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – KALAMAZOO

FLATHEAD-MICHIGAN I, L.L.C.
    Plaintiff

v.

Case No. 1:09-cv-1006
Hon. Paul L. Maloney

SUTTONS'S POINTE DEVELOPMENT, L.L.C.,
JEFFREY R. ROTH, MARCUS W. YONO, WENDY ROTH,
VANDRIE FURNITURE COMPANY OF CADILLAC d/b/a
VANDRIE HOME FURNISHINGS, ANN ARBOR NEWS,
WASTE MANAGEMENT OF MICHIGAN, INC., NATIONAL
CITY BANK, ELMER'S CRANE AND DOZER, INC.,
INDEPENDENT BANK, MOLON EXCAVATING, INC.,
AND LEELANAU COUNTY TREASURER,
    Defendants.

| | |
|---|---|
| PLUNKETT COONEY<br>DOUGLAS C. BERNSTEIN (P33833)<br>SUSAN G. KOWAL (P58075)<br>Attorneys for Plaintiff<br>38505 Woodward Avenue, Suite 2000<br>Bloomfield Hills, MI 48304<br>(248) 901-4000<br>skowal@plunkettcooney.com | JAY S. KALISH & ASSOCIATES, P.C.<br>JAY S. KALISH (P26301)<br>Attorney for Defendants Roth<br>28592 Orchard Lake Road, Suite 360<br>Farmington Hills, MI 48334<br>(248) 932-3000<br>JSKalish@aol.com |
| NORM DROSTE – ATTORNEY PLC<br>NORMAN K. DROSTE (P35665)<br>Attorney for Defendant Molon Excavating, Inc.<br>616 E. Eighth Street, Unit # 3<br>Traverse City, MI 49686<br>(231) 922-5055<br>Ndrostelaw@aol.com | MOOTHART MCKAY , PLC<br>JONATHAN R. MOOTHART (P40678)<br>Attorney for Defendant National City Bank<br>125 Park St., Suite 440<br>Traverse City, MI 49684<br>(231) 947-8048<br>jon@moothartlaw.com |
| COHL STOKER TOSKEY & McGLINCHEY<br>TIMOTHY M. PERRONE (P37940)<br>Attorneys for Defendant Leelanau City Treasurer<br>601 N. Capitol Avenue<br>Lansing, MI 48933<br>(517) 372-9000<br>tperrone@cstmlaw.com | MEISNER & ASSOCIATES, P.C.<br>ROBERT M. MEISNER (P17600)<br>Attorneys for Intervenors<br>30200 Telegraph Rd., Ste. 467<br>Bingham Farms, MI 48025<br>(248) 644-4433<br>dfeinberg@meisner-associates.com |

## ORDER GRANTING EMERGENCY MOTION OF JAMES AND JO ELLEN WALKER, GARY AND KAY COHEN, AND LARRY AND LINDA DEAN, TO INTERVENE

Petitioners, James and Jo Ellen Walker, Gary and Kay Cohen, and Larry and Linda Dean, having filed an Emergency Motion to Intervene, Plaintiff having objected thereto, and oral argument having been heard;

IT IS ORDERED that, for the reasons stated on the record, the motion is GRANTED, and James and Jo Ellen Walker, Gary and Kay Cohen, and Larry and Linda Dean are hereby added as parties as Intervening Defendants.

Date:   February 18, 2010         /s/ Paul L. Maloney
                                  Paul L. Maloney
                                  United States District Judge